UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Frank Slotkus

Plaintiff,

v.

Case No.: 1:17–cv–01923
Honorable Thomas M. Durkin

Board Of Education Of The City Of Chicago

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2017:

MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 5/22/2017. Plaintiff failed to appear once again and defense counsel has had no contact with him. Consistent with this Court's 4/26/2017 order, this action is hereby dismissed for want of prosecution. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.